UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

AGROVENUS LLP AND FOOD
INGREDIENTS LLC,

         Plaintiffs,

       - against -

PACIFIC INTERLINK SDN BHD,

         Defendant.

------------------------------------------------------- X

**ORDER**

**09 Civ. 8770 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On December 8, 2009, this Court issued an Order to Show Cause why the complaint in the above captioned action should not be dismissed for lack of personal jurisdiction and the case closed. Plaintiffs failed to respond. Thus, in light of *Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd.*[1] and *Hawknet, Ltd. v. Overseas Shipping Agencies*,[2] and in the absence of any indication of any other basis for personal jurisdiction in this case, the complaint is hereby dismissed without prejudice. The Clerk of the Court is directed to close this case.

---

    [1]    585 F.3d 58 (2d Cir. 2009).

    [2]    587 F.3d 127 (2d Cir. 2009), *amended by* 2009 WL 4911944 (2d Cir. Dec. 22, 2009).

1

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          December 23, 2009

## - Appearances -

**For Plaintiffs:**

Garth S. Wolfson, Esq.
Mahoney & Keane, LLP
11 Hanover Square, 10th Floor
New York, New York 10005
(212) 385-1422